# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

PAT KENNEDY

*Plaintiff(s)*

v.

HARRY M. LOWELL, individually,

*Defendant(s)*

Civil Action No. 2:16-cv-415-FtM-38CM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

HARRY M. LOWELL
12995 S. Cleveland Ave., Suite PBS 34, Fort Myers, FL

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeannette E. Albo, Esq.
9444 S.W. 69th Ct.
Miami, FL 33156
Ph. (305) 502-4593
jalbo@bellsouth.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: May 31, 2016

Sherry R. Upshaw
*Signature of Clerk or Deputy Clerk*