**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

PAT KENNEDY, Individually,

Plaintiff,

v.

HARRY M. LOWELL, Individually,

Defendant.

Case No.: 2:16-cv-415-FtM-38CM

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

______ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

__X__ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen (14) days after appearance of the party.

Dated: July 26, 2016.

Respectfully submitted,
HARRY M. LOWELL
By his attorneys,

Howard Freidin, FBN 104239
FREIDIN & INGLIS, P.A.
2245 McGregor Boulevard
Fort Myers, FL 33901
Email: Howard@FreidinInglis.com
Tel: (239) 337-1918 / Fax: (239) 337-1301

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

Howard Freidin, FBN 104239